

# COURT OF APPEALS FOR THE
# FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:        Darrell Anthony Adell, Jr. v. The State of Texas

Appellate case number:       01-21-00439-CR

Trial court case number:     87429-CR

Trial court:                149th District Court of Brazoria County

On July 20, 2022, appellant, Darrell Anthony Adell, Jr., filed a "Motion for Leave to File His Appellate Brief in Excess of 15,000 Words." We **grant** appellant's motion.

It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                ☑ Acting individually    ☐ Acting for the Court

Date: ___August 2, 2022_____